IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Chapter 7 Case No. 12-18736 |
| | ) |
| Marvin Andrew Williams | ) Bankruptcy Judge Jessica Price-Smith |
| Kiana Nicole Parish | ) |
| | ) |
| Debtors | ) |

## NOTICE OF PROPOSED SALE OF PERSONAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS

Please take notice that pursuant to 11 U.S.C. §363(b) and in accordance with Rules 2002 (a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Sheldon Stein, the Trustee in the above-captioned matter, intends to sell at private sale to the debtors on or after May 21, 2013, at the office of the Trustee, located at 50 Public Square – Ste. 400, Cleveland, Ohio 44113, the following personal property:

2005 Toyota Camry

The described property will be sold for $2,150.00, an amount which represents the value of this item less applicable exemptions, if any, claimed by the debtors.

Objections to the Proposed Sale must be filed on or before May 14, 2013. If no objection to the Sale are filed and served within such time period, the sale may be consummated without hearing.

/s/ Sheldon Stein
Sheldon Stein, Trustee (0007292)
400 Terminal Tower
Post Office Box 5606
Cleveland, OH 44101
(216) 696-7449

## Service

I certify that on April 23, 2013, a true and correct copy of the Notice was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Patti H. Bass     ecf@bass-associates.com

- Mark H. Knevel    mknevel@knevel.com, ecf@knevel.com;pschnittke@knevel.com;jknevel@knevel.com;mmihal@knevel.com ;rking@knevel.com;ecfknevel@gmail.com

- Nicholas E. O'Bryan    bk-notices@lauritolaw.com

- Sheldon Stein    sstein@epiqtrustee.com, sstein@ecf.epiqsystems.com

- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on all creditors.

/s/ Sheldon Stein
Sheldon Stein, Trustee

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Capital One
P.O. Box 5253
Carol Stream, IL 60197-5253

Capital One/Best Buy
P.O. Box 5253
Carol Stream, IL 60197-5253

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Citi
P.O. Box 6241
Sioux Falls, SD 57117-6241

CitiFinancial Mortgage
PO Box 6243
Sioux Falls, SD 57117-6243

Columbus Regional Health
c/o IMC Credit Services
P.O. Box 20636
Indianapolis, IN 46220-0636

Dillards/GECRB
P.O. Box 960012
Orlando, FL 32896-0012

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
P.O. Box 15316
Wilmington, DE 19850-5316

Express
P.O. Box 659728
San Antonio, TX 78265-9728

Frd Motor Cr
P.O. Box 542000
Omaha, NE 68154-8000

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Gecrb/Walmart
P.O. Box 965024
Orlando, FL 32896-5024

Hosp Medical Practices
c/o FFCC - Cleveland
24700 Chagrin Boulevard
Suite 205
Cleveland, OH 44122-5630

JCPenney*
P.O. Box 981131
El Paso, TX 79998-1131

Navy Federal Cr Union
P.O. Box 3700
Merrifield, VA 22119-3700

PMB Emergency Physicians Columbus
7619 W Jefferson Blvd.
Fort Wayne, IN 46804-4131

PNC Mortgage
6 N Main St
Dayton, OH 45402-1908

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Progressive Specialty Insuranc
c/o Credit Collections
P.O. Box 9134
Needham, MA 02494-9134

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706-1496

Santander
P.O. Box 961245
Fort Worth, TX 76161-0244

The Limited
P.O. Box 182475
Columbus, OH 43218-2475

Time Warner Cable-
c/o Prompt Recovery Services
9347 Ravenna Rd Ste G
Twinsburg, OH 44087-2463

Verizon Wireless
c/o EOS CCA
700 Longwater Dr.
Norwell, MA 02061-1624

Verizon Wireless/Great
1515 Woodfield Rd Ste140
Schaumburg, IL 60173-5443

Kiana Nicole Parish
1105 Winston Road
South Euclid, OH 44121-2551

Marvin Andrew Williams
1105 Winston Road
South Euclid, OH 44121-2551